UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA       **04-22902**

CASE NO:       **CIV-JORDAN**

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ONE PARCEL OF REAL ESTATE
LOCATED AT 6801 SW 70 AVENUE,
MIAMI, MIAMI-DADE COUNTY,
FLORIDA, INCLUDING THE
APPURTENANCES THERETO AND
THE IMPROVEMENTS THEREON,

    Defendant.
_____/



MAGISTRATE JUDGE BROWN

FILED by INTAKE
NOV 16 2004
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. - MI

## COMPLAINT FOR FORFEITURE IN REM

    Plaintiff, United States of America, files this civil action for forfeiture in rem of the defendant and alleges as follows:

1.   This is a civil action for forfeiture in rem of one parcel of real estate, its appurtenances and improvements, located in the Southern District of Florida in Miami-Dade County. Jurisdiction is vested in this Court pursuant to Title 28, United States Code, Sections 1345, 1355, and 2461.

2.   The Court has venue pursuant to Title 28, United States Code, Section 1395, in that the defendant property is located within the Southern District of Florida. During the pendency of these proceedings, the defendant property will remain within the Southern District of

1



Florida and the jurisdiction of this Court.

3. The defendant property has not been seized, as provided for in 18 U.S.C. §985 (b)(1)(A), but is located within this district and within the jurisdiction of the Court. The property will be posted with a summons/notice of the complaint in accordance with 18 U.S.C. §§ 985 (c)(1),(c)(3).

4. The defendant real property located at 6801 SW 70 Avenue, Miami, Miami-Dade County, Florida, includes all buildings, improvements, fixtures, attachments, and easements found therein or thereon, hereafter "defendant real property," and is more particularly described as:

> PALM MIAMI AMD PB 13-35 N116.83 FT OF TR 7 & 25 FT OF
> SW 68 ST LYG N & ADJ CLOSED PER R-1102-88 LOT SIZE
> 141.830 X 185

5. The defendant real property is titled in the name of Jesus Andre Garcia.

6. The United States seeks forfeiture of the defendant real property pursuant to Title 21, United States Code, Section 881(a)(7), on the grounds that the defendant real property was used or intended to be used to commit or facilitate the commission of a narcotics violation punishable by more than one year's imprisonment.

7. On November 3, 2004, agents of the Drug Enforcement Administration and local law enforcement agents, went to the defendant real property where they approached Jesus Andre Garcia, the apparent owner of the property.

8. On November 3, 2004, Jesus Andre Garcia granted written consent for the law enforcement agents to search the defendant real property and a consent search was executed.

9. Agents found a hydroponics laboratory at the defendant real property.

10. The laboratory contained approximately 78 marijuana plants which had been cropped.

11. In addition, a shed located near, but detached from the residence at the defendant real property, was used for marijuana "mother" plants.

12. Books and magazines regarding hydroponic growing were also found at the defendant real property.

13. In addition, an electric diversion device, was installed at or near the defendant real property. Electric diversion devices are commonly used by persons growing marijuana to mask the amount of electricity being used at the location where the marijuana is being grown.

14. The use of the defendant real property as a hydroponic laboratory as described above constitutes a violation of Florida State Statute 893.135 and Title 21, United States Code, Section 841(a)(1), all of which carry terms of imprisonment of greater than one year.

15. On or about November 3, 2004, a criminal complaint and arrest affidavit was issued against Jesus Andre Garcia, in the case of State of Florida v. Jesus Garcia, Case Number 584214-C for violations of Florida State Statute 893.135 (marijuana trafficking) and Florida State Statute 812.014 (grand theft).

16. Based on the foregoing, the defendant real property has become and is forfeit to the United States of America pursuant to the provisions of 21 U.S.C. §881(a)(7).

## CONCLUSION

By reason of the foregoing, and pursuant to the provisions of Title 21, United States Code, Section 881, the defendant real property as described herein has become and is forfeit to the United States of America.

**WHEREFORE**, plaintiff, United States of America, requests the Court to declare the defendant real property condemned and forfeit to the United States of America, pursuant to Title 21,

United States Code, Section 881, and further requests the Court to direct any and all persons having any claim to the defendant real property to file and serve their verified claims and answers as required by Title 18, United States Code, Section 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof, together with such other and further relief as may be just.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *Alison W. Lehr*
ALISON W. LEHR
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 444537
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

4

## VERIFICATION

I, J. RENE RODON, Special Agent for the U.S. Drug Enforcement Administration, declare under penalty of perjury as provided by 28 U.S.C. §1746, that the foregoing Complaint for Forfeiture In Rem is based on information known to me, and the facts alleged therein are true and correct to the best of my knowledge.

*[signature]*
J. RENE RODON
Special Agent, D.E.A.

DATE: 11-16-2004

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  04-22902

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV-JORDAN

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
One Parcel of Real Estate located at 6801 SW 70th Avenue, Miami, Miami-Dade County, Florida, including the appurtenances thereto and the Improvements thereon #S023557

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

Dade/Ma 22902/Juda/Brown

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
AUSA Alison W. Lehr
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
(305) 961-9176

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE BROWN

(d) CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

FILED INTAKE [stamp] 2004 CLERK U.S. ... S.D. OF FLA. MIAMI

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | A LABOR | ☐ 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | ☐ 360 Other Personal Injury | | | ☐ 720 Labor/Mgmt. Relations | B SOCIAL SECURITY |
| 195 Contract Product Liability | | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 861 HIA (1395ff) |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) |
| B 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | A☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI |
| 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | FEDERAL TAX SUITS | ☐ 865 RSI (405(g)) |
| 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 891 Agricultural Acts |
| 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 892 Economic Stabilization Act |
| 290 All Other Real Property | | B☐ 550 Civil Rights | | | ☐ 893 Environmental Matters |
| | | B☐ 555 Prison Condition | | | ☐ 894 Energy Allocation Act |
| | | | | | ☐ 895 Freedom of Information Act |
| | | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | | ☐ 950 Constitutionality of State Statutes |
| | | | | | ☐ 890 Other Statutory Actions A OR B |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
21 U.S.C. §881(a)(7)

LENGTH OF TRIAL
via __2__ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  11/16/04

SIGNATURE OF ATTORNEY OF RECORD  Alison W Lehr

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.